UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE L. ECHAVARRIA, ) | |
| ) | |
| Petitioner, ) | 3:98-cv-0202-RLH-VPC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| E.K. McDANIEL, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

This capital habeas corpus action was stayed, in an order entered March 26, 2007 (docket #118), pending petitioner's exhaustion of claims in state court.

On June 15, 2011, the petitioner filed a motion to lift the stay (docket #132). In that motion, petitioner states that the state-court proceedings have concluded. Respondents did not respond to that motion. The court will grant petitioner's motion to lift the stay of this action, and will reopen this action.

The court will set a status conference to hear from counsel with respect to a schedule for anticipated further proceedings.

///

///

///

1  **IT IS THEREFORE ORDERED** that petitioner's Motion to Vacate Stay and Reopen
2  Capital Habeas Corpus Proceeding (docket #132) is **GRANTED**. The stay of this action is lifted.
3  **IT IS FURTHER ORDERED** that a telephonic status conference is set for
4  **August 24, 2011, at 10:30 a.m.**, to hear from counsel with respect to a schedule for further
5  proceedings in this action. At the time set for the conference, to join the conference, counsel shall
6  call 702-868-4908, and use the code 123456. If there is any question about this procedure, counsel
7  may call Kandy Capozzi, at 702-464-5432, in advance of the conference.

Dated this    12th    day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE